In the Matter of ESTRELLITA A., Respondent, v JENNIFER L.D., Appellant.

Submitted March 28, 2016; decided March 31, 2016

Motion by National Center for Lesbian Rights et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge FAHEY taking no part.

MARILYN HOPEMAN, Appellant, v ALBERT A. HOPEMAN III, Respondent.

Submitted January 25, 2016; decided March 31, 2016

Motion for reargument of motion for leave to appeal denied [see 26 NY3d 913 (2015)].

Chief Judge DIFIORE and Judge GARCIA taking no part.

GEORGE NEWMAN et al., Appellants, v RCPI LANDMARK PROPERTIES, LLC, et al., Respondents.

Submitted March 28, 2016; decided March 31, 2016

Motion by Defense Association of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.